# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3074
LT Case No. 05-1997-CF-5259-A

_____

CHARLES ARTHUR JERRY, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Charles Arthur Jerry, Jr., Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

January 30, 2026

PER CURIAM.

This Court previously dismissed Petitioner's petition for writ of habeas corpus. Due to Petitioner's apparent abuse of the legal process by his abusive, repetitive, malicious, or frivolous pro se filings attacking his judgment and sentence in the Eighteenth Judicial Circuit, in and for Brevard County, Case No. 05-1997-CF-5259-A, this Court issued an order directing

Petitioner to show cause why he should not be prohibited from future pro se filings. *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999). Having carefully considered the response and finding it fails to show cause why sanctions should not be imposed, we conclude that Petitioner is abusing the judicial process and should be barred from further pro se filings.

To conserve judicial resources, Petitioner is prohibited from filing with this Court any further pro se filings concerning his conviction and sentence imposed in Case No. 05-1997-CF-5259-A. The Clerk of this Court is directed to not accept any filings in this case unless they are signed by a member in good standing of the Florida Bar. *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough."). The Clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary proceedings. *See* § 944.279(1), Fla. Stat. (2025); *Simpkins v. State*, 909 So. 2d 427, 428 (Fla. 5th DCA 2005).

PETITIONER PROHIBITED.

JAY, C.J., and HARRIS and BOATWRIGHT, JJ., concur.

2